UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER, | No. 2:13-cv-2066 DAD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration is not current. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's October 4, 2013, motion to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order, a completed and current affidavit in support of his request to proceed in forma pauperis on the form provided by

1

1 the Clerk of Court;

2     3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
3 Forma Pauperis By a Prisoner; and

4     4. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of
5 his prison trust account statement for the six month period immediately preceding the filing of the
6 complaint. Plaintiff's failure to comply with this order will result in a recommendation that this
7 action be dismissed without prejudice.

8 Dated: October 17, 2013

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly
dear2066.3c+.new

2