1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FRANK LEE DEARWESTER,                    No.  2:13-cv-2066 MCE DAD P

12              Plaintiff,

13        v.                                  ORDER

14   SACRAMENTO COUNTY SHERIFF'S
     DEPARTMENT,
15
                Defendant.
16

17

18        Plaintiff has requested an extension of time to file an opposition to defendants' November

19   24, 2014 motion to dismiss.  Good cause appearing, the court will grant plaintiff's request.

20        Plaintiff has also filed a motion for appointment of counsel.  The United States Supreme

21   Court has ruled that district courts lack authority to require counsel to represent indigent prisoners

22   in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain

23   exceptional circumstances, the district court may request the voluntary assistance of counsel

24   pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

25   Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

26        The test for exceptional circumstances requires the court to evaluate the plaintiff's

27   likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in

28   light of the complexity of the legal issues involved.  See Wilborn v. Escalderon, 789 F.2d 1328,

1   1331 (9th Cir. 1986); <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).  Circumstances

2   common to most prisoners, such as lack of legal education and limited law library access, do not

3   establish exceptional circumstances that would warrant a request for voluntary assistance of

4   counsel.  In the present case, the court does not find the required exceptional circumstances.

5            Accordingly, IT IS HEREBY ORDERED that:

6            1.  Plaintiff's motion for an extension of time (Doc. No. 22) is granted;

7            2.  Plaintiff is granted thirty days from the date of service of this order in which to file an

8   opposition to defendants' motion to dismiss.  Defendants shall file any reply in accordance with

9   Local Rule 230(l); and

10           3.  Plaintiff's motion for appointment of counsel (Doc. No. 23) is denied.

11  Dated:  January 6, 2015

12

13

14  DAD:9
    dear2066.36opp

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2