UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>        Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT et al.,<br><br>        Defendants. | No. 2:13-cv-02066-MCE-DAD P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 23, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 30), which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days. Neither party has filed objections to the Findings and Recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1. The Findings and Recommendations filed July 23, 2015 (ECF No. 30) are ADOPTED IN FULL;

2. Defendants' Motion to Dismiss (ECF No. 21) is GRANTED as to Plaintiff's Religious Land Use Institutionalized Persons Act claims and DENIED as to Plaintiff's First Amendment claims.

3. Defendants shall file an answer to Plaintiff's First Amendment claims for damages based on their denial of his kosher diet at the Sacramento County Main Jail within thirty (30) days of the date that this Order is electronically filed.

IT IS SO ORDERED.

Dated:  August 31, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT